No. 9553.   In re FRED SINERIUS, Petitioner.

288 Pac. (2d) 362.

Decided Sept. 23, 1955.

Per Curiam.

Original *habeas corpus* proceeding brought *pro se* by Fred Sinerius while an inmate of the Montana State Prison. A former application for the writ was denied by this Court December 4, 1954. See In re Sinerius, 276 Pac. (2d) 972. It now appears that pursuant to an order of the Montana State Board of Pardons petitioner was released from custody on parole on July 25, 1955.

Now, therefore, the writ is denied and the proceeding is dismissed.